William G. Cort (SBN: 50326)
Law Office Of William G. Cort
9040 Telegraph Rd., Ste. 310
Downey, CA 9024
Tel (562) 923-6761
Fax (562) 869-1200
Email: williamgcortdocuments@gmail.com

Attorney for Debtor,
Manuela Corrales De Herrera

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MANUELA CORRALES DE HERRERA<br><br>Debtor. | CASE No.: 2:13-BK-21765-NB<br><br>Chapter 13<br><br>NOTICE OF WITHDRAWAL RE: DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE<br>[RELATES TO DOC ENTRY # 22]<br><br>Date: 3/25/2014<br>Time: 10:00 a.m.<br>Crtrm: 1545<br>Location: 255 E Temple St., Los Angeles, |

TO THE HONORABLE NEIL BASON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT; OFFICE OF THE U.S. TRUTSEE; AND ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:

///

///

Debtor, Manuela Corrales De Herrera, through her Attorney, William G. Cort, hereby submits this withdrawal in connection to Debtor's Notice of Motion and Motion to Avoid Junior Lien on Principal Residence, See Docket # 22.

Dated: March 24, 2014                By:  William G. Cort
                                          William G. Cort
                                          Attorney for Debtor

**NOTICE OF WITHDRAWAL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9040 Telegraph Road, Suite 206, Downey, Ca 90240

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF WITHDRAWAL**. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **3/24/2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
hpaloci@hotmail.com (2nd DOT); ecfcacb@piteduncan.com; nglowin@wrightlegal.net; bkmail@rosicki.com; njavan@pralc.com; jmarsala@pralc.com; cmartin@pralc.com; and ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) **3/24/2014** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
U.S. Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
Hon. Neil Bason
255 E. Temple St., Ste. 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the documents

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/24/2014 | Judith Valenzuela | /s/ Judith Valenzuela |
|---|---|---|
| Date | Printed Name | Signature |

NOTICE OF WITHDRAWAL